

FILED
JAN 10 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| v. | 18 CR 846 | JUDGE FEINERMAN<br>MAGISTRATE JUDGE COX |
| RICARDO SANTAMARIA, a/k/a "Fut," "Pescue," and "Primo" | Violation: Title 21, United States Code, Section 846 | |

The SPECIAL DECEMBER 2017 GRAND JURY charges:

Beginning no later than on or about July 3, 2017, and continuing until at least on or about July 12, 2017, at Deerfield, in the Northern District of Illinois, Eastern Division, and elsewhere,

RICARDO SANTAMARIA, a/k/a "Fut," "Pescue," and "Primo,"

defendant herein, did attempt to knowingly and intentionally distribute a controlled substance, namely, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 846, and Title 18 United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY